[No. 45955-8-II. Division Two. August 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH DEAN HUDSON, *Appellant*.

 by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 46106-4-II. Division Two. August 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSEL A. FORD, *Appellant*.

 by unpublished opinion per Sutton, J., concurred in by Maxa and Lee, JJ.

[No. 46107-2-II. Division Two. August 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TORIBIO AMARO-SOTELO, *Appellant*.

 by unpublished opinion per Sutton, J., concurred in by Maxa and Lee, JJ.

[No. 46316-4-II. Division Two. August 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. A.S., *Appellant*.

 by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.